IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-16016 |
| | : | |
| JAMES H. PAIK and | : | |
| YOUNG JOO PAIK, | : | |
| Debtors | : | Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO: THE CLERK OF THE COURT

    Kindly enter my appearance on behalf of WOORI AMERICA BANK in the above proceeding. Please direct copies of all notices to:

        Charles N. Shurr, Jr., Esquire
        Kozloff Stoudt
        2640 Westview Drive
        Wyomissing, Pennsylvania 19610


        **KOZLOFF STOUDT**

By: ___*/s/ Charles N. Shurr, Jr.*___
        Charles N. Shurr, Jr., Esquire
        2640 Westview Drive
        Wyomissing, Pennsylvania 19610
        (610) 670-2552
        Attorneys for Woori America Bank