UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JAMES H. PAIK
AND YOUNG JOO PAIK,

Debtors.

Chapter 13

Bankruptcy No. 19-16016-AMC

\* \* \* \* \* \* \*

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

TD Bank, N.A., a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:    December 26, 2019

/s/ Martin A. Mooney
Martin A. Mooney, Esq. ID #315063
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
Attorneys for TD Bank, N.A.
Office and P.O. Address
950 New Loudon Road, Suite 109
Latham, New York 12110
Phone: (518) 786-9069
E-Mail: MMooney@schillerknapp.com

TO:    Court Clerk
Robert N.C. Nix Sr. Federal Building
900 Market Street, Suite 400
Philadelphia, Pennsylvania 19107

Hae Y. Baik, Esq.
The Baik Law Firm, P.C.
1100 Vine Street, Suite C8
Philadelphia, Pennsylvania 19107

Hae Y. Baik, Esq.
The Baik Law Firm, P.C.
1100 Vine Street, Suite C8
Philadelphia, Pennsylvania 19107

William C. Miller, Esq. (Trustee)
PO Box 1229
Philadelphia, Pennsylvania 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107